DANIEL G. BOGDEN
United States Attorney
CAMILLE W. DAMM
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF IN KYU CHANG | 02:06-cv-81-RCJ(PAL)<br><br>**COMPLAINT**<br><br>In Violation Of: 18 United States Code § 3184 - Fugitive from Foreign Country to United States |

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.  In this matter I act for and on behalf of the Government of the Republic of Korea;

2.  There is an extradition treaty in force between the United States and the Republic of Korea, which was entered into force on December 20, 1999, a copy of which is included in Government's Exhibit #1;

3.  Pursuant to the treaty, the Government of Korea has submitted a formal request through diplomatic channels for the extradition of In Kyu Chang;

4.  In Kyu Chang was charged with fraud, in violation of Article 3, paragraph 1 of the Act on Aggravated Punishment, etc., of Specific Crimes (Fraud), and Article 347, paragraph 1 of the Criminal Act, committed in the jurisdiction of the requesting state and warrants for his arrest were

issued on January 20, 2004, by Ji Soo Choi, Judge of Seoul District Court, at Seoul, Korea, and on December 28, 2005, by Kyung Sim, Judge of Seoul Central District Court, at Seoul, Korea (with extended period of validity).

5. The warrants were issued on the basis of the following facts:

> The suspect, actual founder and manager of Haechang Steel Industry Co. (hereinafter, Haechang Industry), when the company faced financial difficulties, decided to defraud money from a lease company, which lent funds for leasing machinery, by having the suppliers of machinery pretend to provide its user, the above company, with machinery, and apply for payment to the lease company for the machinery. Then the suspect conspired with In Gu Park, managing director of Haechang Industry, (sentenced to imprisonment of one year and a half on July 25, 2002. and later fixed on October 1.) and Yong Ok Choi, owner of Kumsung Electric Industry (sentenced to imprisonment of two years and suspension of its execution for 3 years on December 26, 1997 and later fixed on January 4, 1998) and committed the following:
> 
> Haechang Industry had actually bought and installed second-hand machinery worth 242,000,000 won from Korea Aluminum and had never been provided with machinery worth 2 billion won by Yong Jin Choi, Yong Ok Choi, and Chul Wu Choi. However, in early June of 1996, at the office of Shinhan Capitol Co Ltd. (hereinafter 'victim company') located at 526-3, Gojan-dong, Ansan-city, the suspects submitted false estimation sheets and other documents which indicated that Yong Jin Choi, Yong Ok Choi, and Chul Wu Choi would provide Haechang Industry with the aluminum extrusion machinery worth 2,000,000,000 won, and made Shinhan Capitol, which believed the documents were true, remit as payment for the parts of the machinery 55,000,000 won and 1,210,000,000 won to Chul Wu Choi and Yong Jin Choi respectively on June 10 and 735,000,000 won to Yong Ok Choi on June 20. Thus the suspects defrauded 2,000,000,000 won in total.

6. In Kyu Chang is a male citizen of the Republic of Korea, born March 8, 1952. He has black hair, dark brown eyes, and height of approximately 177cm. He was issued Korean passport No. JR0224697. It is believed that In Kyu Chang may be found residing within the jurisdiction of this court at 10609 Meadow Mist Avenue, Las Vegas, Nevada.

7. Virginia P. Prugh, an Attorney-Adviser in the Office of the Legal Adviser, of the United States Department of State, has provided the Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy

1 of the extradition treaty between the United States and the Republic of Korea, stating that the offenses
2 for which the extradition is demanded are covered by the treaty, and confirming that the documents
3 supporting the request for extradition are properly certified by the principal American Diplomatic or
4 consular officer in Korea, in accordance with Title 18, United States Code, Section 3190, so as to
5 enable them to be received in evidence; and

6 8. The declaration from the Department of State with its attachments, including a copy
7 of the diplomatic note from the requesting state, a copy of the relevant extradition treaty, and the
8 certified documents submitted in support of the request, [marked collectively as Government's Exhibit
9 #1] are filed with this complaint and incorporated by reference herein.

10 WHEREFORE, the undersigned requests that a warrant for the arrest of the forenamed
11 person be issued in accordance with the Extradition Treaty between the United States and the Republic
12 of Korea, and Title 18, United States Code, Section 3184, so that the fugitive may be arrested and
13 brought before this court, "to the end that the evidence of criminality may be heard and considered."

      /S/   CAMILLE W. DAMM
CAMILLE W. DAMM
Assistant United States Attorney

Sworn to before me and subscribed in my presence this _____ day of January 2006, at Las Vegas, Nevada.

UNITED STATES MAGISTRATE JUDGE